UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ANDY ALEX ORE-FALCON,

           Petitioner,

    v.

WOFFORD, et al.,

           Respondents.

No. 1:26-cv-00181-WBS-EFB

ORDER

----oo0oo----

        Respondents are ORDERED to file their opposition to Petitioner's Motion for Temporary Restraining Order (Docket No. 2) by noon on January 14, 2026.  In their response, Respondents are ORDERED to address Petitioner's arguments that (1) he is a member of the Maldonado Bautista class, and (2) the government is bound by the judgment the court entered in Maldonado Bautista v. Noem, No. 5:25-cv-01873 SSS BFM, 2025 WL 367485, at *1 (C.D. Cal. Dec. 18, 2025).

        The court will then take the motion under submission

1

and will inform the parties if oral argument or further proceedings are necessary.

      IT IS SO ORDERED

Dated:  January 12, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE