UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ANDY ALEX ORE-FALCON,

          Petitioner,

    v.

WOFFORD, et al.,

          Respondents.

No. 1:26-cv-00181-WBS-EFB

ORDER

----oo0oo----

        Petitioner has filed a second motion for temporary restraining order.  (Docket No. 15.)  Respondents shall file any opposition on or before June 22, 2026.  The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

        IT IS SO ORDERED.

Dated:  June 15, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1